IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1021 (RGA) |
| | ) |
| GLOBALFOUNDRIES U.S. INC., and | ) **JURY TRIAL DEMANDED** |
| GLOBALFOUNDRIES AMERICAS, INC., | ) |
| | ) |
| Defendants. | ) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF GLOBALFOUNDRIES U.S., INC. AND GLOBALFOUNDRIES AMERICAS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant and Counterclaim Plaintiff GLOBALFOUNDRIES U.S. Inc. ("GLOBALFOUNDRIES U.S.") certifies that:

1. On December 31, 2011, GLOBALFOUNDRIES Americas, Inc. ("GLOBALFOUNDRIES Americas") was merged into GLOBALFOUNDRIES U.S., and on that basis, GLOBALFOUNDRIES U.S. and GLOBALFOUNDRIES Americas are now a single corporate entity.

2. Direct or indirect parent corporations of GLOBALFOUNDRIES U.S. are GLOBALFOUNDRIES Netherlands Cooperatief U.A., GLOBALFOUNDRIES Inc., Advanced Technology Investment Company, Advanced Technology Investment Company LLC, ATIC International Investment Company LLC, and Mubadala Development Company PJSC.

3. No publicly held corporation holds 10% or more of GLOBALFOUNDRIES U.S. stock.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant and Counterclaim-Plaintiff GLOBALFOUNDRIES U.S. Inc.*

OF COUNSEL:

Douglas E. Lumish
KASOWITZ BENSON TORRES
  & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Michael B. Eisenberg
Robert P. Watkins III
KASOWITZ BENSON TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

September 19, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 19, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Charles R. Bruton, Esquire<br>Mark L. Hogge, Esquire<br>Shailendra K. Maheshwari, Esquire<br>Rajesh C. Noronha, Esquire<br>SNR DENTON US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC  20005-3364 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)