IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1021 (RGA) |
| | ) |
| GLOBALFOUNDRIES U.S. INC. and | ) |
| GLOBALFOUNDRIES AMERICAS, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *GlobalFoundries' Responses to Semcon's First Set of Interrogatories (No. 1)* were caused to be served on October 12, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                         *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Charles R. Bruton, Esquire                                       *VIA ELECTRONIC MAIL*
Mark L. Hogge, Esquire
Shailendra K. Maheshwari, Esquire
Rajesh C. Noronha, Esquire
C. Michael Moore, Esquire
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | /s/ Jack B. Blumenfeld |
|  | Jack B. Blumenfeld (#1014) <br> Rodger D. Smith (#3778) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> rsmith@mnat.com |
| OF COUNSEL: | *Attorneys for Defendants* |
| Douglas E. Lumish <br> KASOWITZ BENSON TORRES <br> & FRIEDMAN, LLP <br> 333 Twin Dolphin Drive, Suite 200 <br> Redwood Shores, CA  94065 <br> (650) 453-5170 |  |
| Michael B. Eisenberg <br> Robert P. Watkins III <br> KASOWITZ BENSON TORRES <br> & FRIEDMAN, LLP <br> 1633 Broadway <br> New York, NY  10019 <br> (2150 506-1700 |  |
| October 12, 2012 <br> 6499751.1 |  |

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 12, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Charles R. Bruton, Esquire<br>Mark L. Hogge, Esquire<br>Shailendra K. Maheshwari, Esquire<br>Rajesh C. Noronha, Esquire<br>C. Michael Moore, Esquire<br>SNR DENTON US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC  20005-3364 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)