IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC,<br><br>  Plaintiff,<br><br>          v.<br><br>GLOBALFOUNDRIES U.S. INC. and<br>GLOBALFOUNDRIES AMERICAS, INC.,<br><br>  Defendants. | C.A. No. 12-1021-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 19, 2012, copies of (1) **INITIAL DISCLOSURES OF PLAINTIFF SEMCON TECH, LLC PURSUANT TO FED. R. CIV. P. 26(a)(1)**; (2) **INITIAL PATENT DISCLOSURES OF PLAINTIFF SEMCON TECH, LLC PURSUANT TO PARAGRAPH 3(a) OF THE SCHEDULING ORDER**; and (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY EMAIL AND BY FIRST CLASS MAIL**

Douglas E. Lumish, Esquire
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Michael B. Eisenberg, Esquire
Robert P. Watkins III, Esquire
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
1633 Broadway
New York, NY 10019

2

Dated: October 19, 2012

OF COUNSEL:

Charles R. Bruton
Mark L. Hogge
Shailendra K. Maheshwari
Rajesh C. Noronha
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC  20005-3364
charles.bruton@snrdenton.com
mark.hogge@snrdenton.com
shailendra.maheshwari@snrdenton.com
rajesh.noronha@snrdenton.com

C. Michael Moore
SNR DENTON US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX  75201-1858
mike.moore@snrdenton.com

BAYARD, P.A.

 /s/  *Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Semcon Tech, LLC*

2