IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1021 (RGA) |
| ) | |
| GLOBALFOUNDRIES U.S. INC. and ) | |
| GLOBALFOUNDRIES AMERICAS, INC. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *GlobalFoundries U.S. Inc.'s Disclosures Pursuant to Paragraph 4(b) of the Default Standard for Discovery* were caused to be served on November 20, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                             *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Charles R. Bruton, Esquire                                          *VIA ELECTRONIC MAIL*
Mark L. Hogge, Esquire
Shailendra K. Maheshwari, Esquire
Rajesh C. Noronha, Esquire
C. Michael Moore, Esquire
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364

|  |  |
|---|---|
| OF COUNSEL:<br><br>Douglas E. Lumish<br>KASOWITZ BENSON TORRES<br>& FRIEDMAN, LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>(650) 453-5170<br><br>Michael B. Eisenberg<br>Robert P. Watkins III<br>KASOWITZ BENSON TORRES<br>& FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY  10019<br>(2150 506-1700<br><br>November 20, 2012<br>6499751.1 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Jack B. Blumenfeld<br>_____<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br><br>*Attorneys for Defendants* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 20, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Charles R. Bruton, Esquire<br>Mark L. Hogge, Esquire<br>Shailendra K. Maheshwari, Esquire<br>Rajesh C. Noronha, Esquire<br>C. Michael Moore, Esquire<br>SNR DENTON US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC  20005-3364 | *VIA ELECTRONIC MAIL* |

_____
Jack B. Blumenfeld (#1014)