IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC,<br><br>  Plaintiff,<br><br>        v.<br><br>GLOBALFOUNDRIES U.S. INC. and<br>GLOBALFOUNDRIES AMERICAS, INC.,<br><br>  Defendants. | C.A. No. 12-1021-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 23, 2013, copies of (1) **PLAINTIFF SEMCON TECH, LLC'S SECOND SET OF INTERROGATORIES TO DEFENDANT GF-US CORPORATION (NOS. 2-5)**; (2) **PLAINTIFF SEMCON TECH, LLC'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS GLOBALFOUNDRIES U.S. INC. AND GLOBALFOUNDRIES AMERICAS, INC. (NOS. 1-21)** and (3) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL & FTP (Discovery Only)**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Douglas E. Lumish, Esquire
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Michael B. Eisenberg, Esquire
Robert P. Watkins III, Esquire
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
1633 Broadway
New York, NY 10019

| | |
|---|---|
| April 23, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Marc A. Fenster <br> Alexander C.D. Giza <br> Jeffrey Z.Y. Liao <br> RUSS, AUGUST & KABAT <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, CA  90025-1031 <br> (310) 826-7474 <br> mfenster@raklaw.com <br> agiza@raklaw.com <br> jliao@raklaw.com | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com <br><br> *Attorneys for Plaintiff Semcon Tech, LLC* |